# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3299

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Troy A. Moore, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: August 26, 2003
Filed: September 5, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.


Troy A. Moore appeals the district court's[*] denial of Moore's motion to reduce his sentence, purportedly brought under 18 U.S.C. §§ 3582 and 3742. Having carefully reviewed the record, we are satisfied the district court correctly held that Moore was not entitled to relief. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[*]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.